IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHAWN D. ELLINGBURG                                                                  PLAINTIFF

v.                             CIVIL NO. 2:16-cv-2097-MEF

CAROLYN COLVIN, Commissioner
Social Security Administration                                                       DEFENDANT

## JUDGMENT

For the reasons stated in the Court's Memorandum Opinion an Order, Defendants' motion to dismiss is hereby granted and the clerk is ordered to dismiss the Plaintiff's Complaint without prejudice.

IT IS SO ORDERED on this the 9th day of August, 2016.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE